JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 927 -- In re Left Ventricular Assist Device Paten Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 92/02/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 THRU A-7) -- filed by Pltf. Emanuel M. Comora, D.M.D., -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF NEVADA -- SUGGESTED TRANSFEREE JUDGE: HONORABLE PHILLIP M. PRO -- with cert of svc. (kac) |
| 92/03/02 | | APPEARANCES -- EMANUEL M. COMORA, D.M.D., Pro Se for Emanuel M. Comora, D.M.D.; RICHARD H. ABRAMSON, ESQ. for Thoratec Laboratories Corporation; RICHARD J. MINNICH, ESQ. for The Cleveland Clinic Foundation; GILBERT H. HENNESSEY, ESQ. for Thermo Cardiosystems, Inc.; J. BRUCE MCCUBBREY, ESQ. for Baxter Edwards Divisions of Baxter Healthcare Corporation and Novacor Medical Corporation; JOHNSON & JOHNSON, INC. for Johnson & Johnson Co.; HANSEN, JONES & LETA for Symbion Corp.; W. SCOTT BROWN, ESQ. for Cullen Cardiovascular Surgical Research Laboratories and Texas Heart Institute, Houston, Texas, U.S.A. (ds) |
| 92/03/03 | | APPEARANCE -- MICHAEL F. HEYREND, ESQ. for Symbion, Inc. (ds) |
| 92/03/09 | 2 | RESPONSE/BRIEF -- filed by deft. Baxter Healthcare Corp. -- w/proof of svc. (bas) |
| 92/03/09 | 3 | RESPONSE/DECLARATION OF DR. ROBERT J. HARVEY -- filed by deft. Thoratec Laboratories Corp. -- w/proof of svc. (bas) |
| 92/03/09 | 4 | RESPONSE -- filed by deft. Texas Heart Institute -- w/cert. of svc. (bas) |
| 92/03/09 | 5 | RESPONSE -- filed by deft. Thermo Cardiosystems, Inc. (TCI) -- w/proof of svc. (bas) |
| 92/03/09 | 6 | MOTION/MEMORANDUM TO DISMISS PETITION AS AGAINST SYMBION, INC. FOR MOOTNESS AND LACK OF JURISDICTION -- Filed by Deft. Symbion, Inc. -- w/cert. of svc. (rh) |
| 92/03/12 | 7 | RESPONSE -- (to pldg. #1) The Cleveland Clinic Foundation -- w/cert. of svc. (rh) |
| 92/03/24 | 8 | SUBSEQUENT INFORMATION -- Filed by pltf. Emanuel M. Comora, D.M.D. -- w/cert. of svc. (received 3/23/92) (rh) |
| 92/03/24 | 9 | REPLY -- Filed by pltf. Emanuel M. Comora, D.M.D. -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 927 -- In re Left Ventricular Assist Device Patent Litigation

| Date | # | Pleading Description |
|---|---|---|
| 92/03/31 | 10 | RESPONSE AND DECLARATION OF HARMAN AVERY GROSSMAN -- (to pldg. #9) Filed by Deft. Thermo Cardiosystems, Inc. -- w/cert. of svc. (rh) |
| 92/04/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/04/21 | 11 | SUBSEQUENT INFORMATION -- Baxter Edwards Div. of Baxter Healthcare Corp. and Novacor Medical Corp. w/cert. of svc. (rew) |
| 92/05/15 | 12 | SUBSEQUENT INFORMATION -- filed by defts. Thermo Cardiosystems, Inc. w/Exhibit 1 and cert. of svc. (kac) |
| 92/05/18 | 13 | SUBSEQUENT INFORMATION -- filed by deft. Cleveland Clinic Foundation w/Attachment A and cert. of svc. (kac) |
| 92/05/18 | 14 | SUBSEQUENT INFORMATION -- filed by deft. Thoratec Laboratories Corporation w/cert. of svc. (kac) |
| 92/05/20 | | ORDER VACATING MAY 29, 1992 HEARING AND ALLOWING FOR SUBSTITUTE MOVANT -- Notified involved counsel, judges, and clerks (bas) |
| 92/05/26 | 15 | SUBSEQUENT INFORMATION -- Thermo Cardiosystems, Inc. -- w/cert. of svc. (rh) |
| 92/06/05 | 16 | SUBSEQUENT INFORMATION -- deft. Baxter Healthcare Corp. -- Correcting Schedule A, A-4 Comora v. Baxter Healthcare Corp. to reflect transfer form C.D. California to N.D. California w/cert. of svc. (dld) |
| 92/06/12 | 17 | LETTER -- Subsequent Information (re: A-1 Comora) -- filed by Johnson & Johnson w/copy of amended order dtd. 6/8/92 and signed by Judge Pro (ds) |
| 92/09/03 | | ORDER DEEMING MOTION WITHDRAWN -- Notified involved counsel and judges (rh) |
| 92/09/04 | 18 | SUBSEQUENT INFORMATION -- filed by Baxter Healthcare Corporation -- w/cert. of svc. (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 927 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Left Ventricular Assist Device Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 9/3/92 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 9/3/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 927 -- In re Left Ventricular Assist Device Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Emanuel M. Comora, D.M.D. v. Johnson & Johnson, Inc. | Nev. Pro | CV-S-132-PMP -RJJ | | | 6/8/92 D | |
| A-2 | Emanuel M. Comora, D.M.D. v. Thoratec Laboratories Corp., et al. | N.D.,Cal. Armstrong | C-92-0182-SBA | | | | |
| A-3 | Emanuel M. Comora, D.M.D. v. Thermo Cardiosystems, Inc. | C.D.,Cal Byrne | 91-5620-WMB -GHKx | | | | |
| A-4 | Emanuel M. Comora, D.M.D. v. Baxter Edwards Div., Baxter Healthcare Corp. | C.D.,Cal Byrne | 92-1411-SBA 92-0008-WMB -GHKx | | | | * See Pldg #16 |
| A-5 | Emanuel M. Comora, D.M.D. v. Cleveland Clinic Foundation | N.D., Oh Bell | 1:92CV 0051 | | | | |
| A-6 | Emanuel M. Comora, D.M.D. v. Cullen Cardiovascular Surgical Research Laboratories, et al. | S.D., Tex Kent | H-92-105 SBK | | | | |
| A-7 | Emanuel M. Comora, D.M.D. v. Symbion Corp. | D.,Utah Winder | 92-CV-24 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 927 -- In re Left Ventricular Assist Device Patent Litigation

===============================================================================

EMANUEL M. COMORA, D.M.D.
  (A-1 thru A-7 )
Emanuel M. Comora, D.M.D, Pro Se
Post Office Box 1217
Beverly Hills, CA  90213

THORATEC LABORATORIES CORPORATION
Richard H. Abramson, Esq.
Heller, Ehrman, White & McAuliffe
525 University Avenue, Suite 1100
Palo Alto, CA  94301-1908

THE CLEVENALD CLINIC FOUNDATION
Richard J. Minnich, Esq.
Fay, Sharpe, Beall, Fagan,
  Minnich & McKee
1100 Superior Avenuee, Suite 700
Cleveland, OH  44114-2518

THERMO CARDIOSYSTEMS, INC.
Gilbert H. Hennessey, Esq.
Fish & Richardson
225 Franklin Street
Boston, MA  02110-2804

BAXTER EDWARDS DIVISIONS OF
  BAXTER HEALTHCARE CORPORATION
NOVACOR MEDICAL CORPORATION
J. Bruce McCubbrey, Esq.
McCubbrey, Bartels, Meyer & Ward
One Post Street, Suite 2700
San Francisco, CA  94104-5231

JOHNSON & JOHNSON, INC.
**(No app. rec'd)**
Johnson & Johnson Co.
501 George Street
New Brunswick, NJ  08901

SYMBION CORP.
Michael F. Heyrend, Esq.
Hansen, Jones & Leta
50 West Broadway, 6th Floor
Salt lake City, UT  84101

CULLEN CARDIOVASCULAR SUGICAL
  RESEARCH LABORATORIES
TEXAS HEART INSTITUTE, HOUSTON,
  TEXAS, U.S.A.
W. Scott Brown, Esq.
Vinson, Elkins, LLP
3300 First City Tower
1001 Fannin
Houston, TX  77002-6760

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 927 -- In re Left Ventricular Assist Device Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Johnson & Johnson, Inc. | A-1 |
| Thoratec Laboratories Corp. | A-2 |
| Novacor Medical Corp. | A-2 |
| Symbion Corp. | A-3 |
| Cullen Cardiovascular Surgical Research Laboratories | A-4 |
| Texas Heart Institute, Houston, TX | A-4 |
| Cleveland Clinic Foundation | A-5 |
| Baxter Edwards Div., Baxter Healthcare Corp. | A-6 |
| Thermo Cardiosystems, Inc. | A-7 |
| | |
| | |