JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP -3 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 927

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE LEFT VENTRICULAR ASSIST DEVICE PATENT LITIGATION

### ORDER DEEMING MOTION WITHDRAWN

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the sole pro se plaintiff to centralize the actions on the attached Schedule A in the District of Nevada for coordinated or consolidated pretrial proceedings. All responding defendants opposed the motion. On May 18, 1992, the Panel was notified of plaintiff's death. On May 20, 1992, the Panel vacated the hearing scheduled in this matter, afforded interested parties[1] 90 days to move for substitution of the movant before the Panel, and stated that failure to so move may result in deeming this motion withdrawn.

No motion for substitution of plaintiff has been filed in this litigation.

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED WITHDRAWN.

FOR THE PANEL:

*(signature)*
John F. Nangle
Chairman

---

[1] Obviously, any substitute movant before the Panel would have to be a substitute plaintiff in one of the actions included on the motion for transfer in this docket.

# Schedule A

__MDL-927 -- In re Left Ventricular Assist Device Patent Litigation__

### Northern District of California

Emanuel M. Comora, D.M.D. v. Thoratec Laboratories Corp., et al.,
C.A. No. C92-0182-SBA

### Central District of California

Emanuel M. Comora, D.M.D. v. Thermo Cardiosystems, Inc.,
C.A. No. 91-5620-WMB-(GHKx)

Emanuel M. Comora, D.M.D. v. Baxter Helathcare Corp.,
C.A. No. 92-0008-WMB(GHKx)

### Northern District of Ohio

Emanuel M. Comora, D.M.D. v. Cleveland Clinic Foundation,
C.A. No. 1:92CV-0051

### Southern District of Texas

Emanuel M. Comora, D.M.D. v. Cardiovascular Surgical Research
Laboratories, et al., C.A. No. H-92-105-SBK

### District of Nevada

Emanuel M. Comora, D.M.D. v. Johnson & Johnson, Inc.,
C.A. No. CV-S-132-PMP-RJJ

### District of Utah

Emanuel M. Comora, D.M.D. v. Symbion Corp.,
C.A. No. 92-CV-24